NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIMTRIOS FATOUROS,<br>Plaintiff | Hon. Dennis M. Cavanaugh |
| V. | ORDER ON APPLICATION TO<br>PROCEED WITHOUT PREPAYMENT |
| DIMTRIOS ROBOTIS, DIMITRIOS<br>SPILIOPOULIS, and RADIO NEO | OF FEES |
| Defendants | Civil Action No. 10-CV-6362(DMC) |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Plaintiff, Dimitrios Fatouros, to proceed *informa pauperis* pursuant to 28 U.S.C. § 1915; and upon consideration of Plaintiff's affidavit;

**WHEREAS** Plaintiff is unemployed with no take-home pay,;

IT IS on this __13__ day of December, 2010;

**ORDERED** that the application is:

☑ **GRANTED, and**

☑ **The clerk is directed to file the complaint, and**

☑ **IT IS FURTHER ORDERED** that the clerk issue summons and the United States Marshall serve a copy of the complaint, summons, and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

_____
Dennis M. Cavanaugh, U.S.D.J.